UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROSPECT CONSULTING GROUP LLC,<br><br>    Plaintiff,<br><br>    vs.<br><br>ELECTRONICS FOR IMAGING, INC.,<br><br>    Defendant. | Case No.: 12-cv-02328-YGR<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

The Court has reviewed the Joint Case Management Statement filed by the parties. (Dkt. No. 22.) In light of the updated status of this action, the Court does not see a need to hold a conference at this time. As such, the Case Management Conference on February 25, 2013 is hereby **VACATED**.

If the need for a Case Management Conference arises in the future, the parties shall contact the Courtroom Deputy and request to be placed on calendar. If such need arises, the parties shall file an updated Case Management Conference Statement in compliance with the Court's Standing Order.

The Court notes that if any party wishes to file a summary judgment motion, that party must comply with the Court's Standing Order in Section 9 regarding requesting a pre-filing conference. The Court will be unavailable from July 25, 2013 to August 9, 2013 for such conference.

**IT IS SO ORDERED**.

Dated: February 20, 2013

                                                 **YVONNE GONZALEZ ROGERS**
                                               **UNITED STATES DISTRICT COURT JUDGE**