UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROSPECT CONSULTING GROUP LLC,<br><br>             Plaintiff(s),<br><br>   v.<br><br>ELECTRONICS FOR IMAGING INC,<br><br>             Defendant(s).<br>_____/ | No. C-12-02328 DMR<br><br>**ORDER SETTING PRETRIAL CONFERENCE AND JURY TRIAL** |

This case has been referred to the undersigned for all purposes, including trial and entry of judgment. [Docket No. 44.] A pretrial conference shall be held on **November 20, 2013 at 3:00 p.m. Lead counsel who will try the case (or the party if *pro se*) must attend.** Jury trial will begin on **December 9, 2013 at 9:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California. For courtroom number and floor information, please check the Court's on-line calendar at www.cand.uscourts.gov one week prior to trial, or call Ivy Garcia (Judge Ryu's Courtroom Deputy) at (510) 637-3639. Court hours for trial are 9:00 a.m. to 2:00 p.m. Counsel shall arrive at the courthouse by 8:30 a.m.

The parties shall comply with Judge Gonzalez Rogers's Standing Order for Pretrial Instructions in Civil Cases, with the following additional requirement: by no later than 12:00 p.m. on November 19, 2013, the parties shall submit to Chambers one binder containing a complete set of all proposed exhibits. All other dates set in this matter remain unchanged (i.e., the parties' joint trial

readiness filings and binder are due by November 8, 2013). All trial documents required to be submitted electronically to the court shall be submitted to dmrpo@cand.uscourts.gov.

IT IS SO ORDERED.

Dated: November 6, 2013



DONNA M. RYU
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2