UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROSPECT CONSULTING GROUP LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>ELECTRONICS FOR IMAGING, INC.,<br><br>    Defendant. | Case No.: 3:12-cv-02328 DMR<br><br>NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER |

TO ALL PARTIES AND COUNSEL OF RECORD:

    This matter was referred to Magistrate Judge Kandis A. Westmore for settlement purposes. You are hereby notified that a settlement conference is scheduled for **November 27, 2013 at 11:00 a.m.**, at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's online calendar at http://www.cand.uscourts.gov or call Judge Westmore's Courtroom Deputy, Susan Imbriani, at (510) 637-3525.

    The parties shall comply with Judge Westmore's Settlement Conference Standing Order, available online at http://cand.uscourts.gov/kaworders. The parties shall lodge their confidential settlement conference statements and/or confidential settlement letters no later than **November 25, 2013 at 5:00 p.m.** Any failure to comply with the requirements of this Order may subject the parties and/or counsel to sanctions.

    IT IS SO ORDERED.

Dated: November 22, 2013

                                              _____
                                              KANDIS A. WESTMORE
                                              United States Magistrate Judge