```
GREGORY K. KLINGSPORN (203649)
NICOLAS A. FLEGEL (229360)
JORGENSON, SIEGEL, McCLURE & FLEGEL, LLP
1100 Alma Street, Suite 210
Menlo Park, CA 94025
Telephone:    (650) 324-9300
Facsimile:    (650) 324-0227
Email: gkk@jsmf.com
Email: naf@jsmf.com

Attorneys for Plaintiff and Cross-Defendant
PROSPECT CONSULTING GROUP LLC

IVO LABAR (203492)
KELLY A. CORCORAN (260268)
KERR & WAGSTAFFE LLP
100 Spear Street, 18th Floor
San Francisco, CA 94105
Telephone: (415) 371-8500
Facsimile: (415) 371-0500
Email: labar@kerrwagstaffe.com
Email: corcoran@kerrwagstaffe.com

Attorneys for Defendant and Cross-Complainant
ELECTRONICS FOR IMAGING, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROSPECT CONSULTING GROUP LLC, a Wyoming Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>ELECTRONICS FOR IMAGING, INC., a Delaware corporation, and DOES 1-50, inclusive,<br><br>    Defendants<br><br>AND RELATED CROSS-ACTION | Case No.: C-12-2328-DMR<br><br>STIPULATION AND [~~Proposed~~] ORDER RE: SETTLEMENT CONFERENCE SCHEDULING<br><br>Date:    Dec. 2, 2013<br>Time:    1:00 p.m.<br><br>Trial Date:    Dec. 9, 2013<br><br>**Hon. Kandis A. Westmore** |

Jorgenson, Siegel, McClure & Flegel LLP
Attorneys at Law
Menlo Park, CA
(650) 324-9300

Case No. C-12-2328-DMR
STIPULATION RE SETTLEMENT
CONFERENCE SCHEDULING    1

1  The parties to this action, plaintiff and cross-defendant Prospect Consulting Group, LLC ("PCG") and defendant and cross-complainant Electronics For Imaging, Inc. ("EFI"), stipulate as follows:

   1. A Settlement Conference in this action is currently scheduled for Wednesday, November 27, 2013 at 11:00 a.m., and the parties have lodged and served their Settlement Conference Statements;

   2. Trial in this action is currently scheduled to commence on Monday, December 9, 2013;

   3. On November 22, 2013, Plaintiff filed a request that Plaintiff's representative be permitted to attend the Settlement Conference telephonically, or that the Settlement Conference be rescheduled to a date when Plaintiff's representative could personally attend;

   4. Both parties and their counsel are available to personally attend a Settlement Conference on Monday, December 2, 2013, at 1:00 p.m. or later; AND SO

   5. The parties jointly request that the Court reschedule the Settlement Conference to **December 2, 2013 at 1:00 p.m**.

   SO STIPULATED.

Dated:  November 26, 2013                JORGENSON, SIEGEL,
                                         McCLURE & FLEGEL, LLP

                                         By:_____/s/_____
                                            Gregory K. Klingsporn
                                            Attorneys for PROSPECT
                                            CONSULTING GROUP, LLC

Dated:  November 26, 2013                KERR & WAGSTAFFE LLP

                                         By _____/s/_____
                                            Kelly A. Corcoran
                                            Attorneys for Defendant
                                            ELECTRONICS FOR IMAGING, INC.

//

//

//

Jorgenson, Siegel, McClure & Flegel LLP
Attorneys at Law
Menlo Park, CA
(650) 324-9300

Case No. C-12-2328-DMR
STIPULATION RE SETTLEMENT
CONFERENCE SCHEDULING                    2

ORDER

The Court having reviewed and considered the parties' Stipulation Re: Settlement Conference Scheduling, and good cause being shown, the Court HEREBY GRANTS the request.

IT IS HEREBY ORDERED that a Settlement Conference in this action shall be held on **December 2, 2013 at 1:00 p.m.**, at the U.S. District Court, 1301 Clay Street, Oakland California 94612.

IT IS SO ORDERED.

Dated: 11/26/13

*Kandis Westmore*

~~UNITED STATES DISTRICT JUDGE~~
UNITED STATES MAGISTRATE JUDGE

Jorgenson, Siegel, McClure & Flegel LLP
Attorneys at Law
Menlo Park, CA
(650) 324-9300

Case No. C-12-2328-DMR
STIPULATION RE SETTLEMENT
CONFERENCE SCHEDULING     3